GILLAN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by James Gillan against the New York Central & Hudson River Railroad Company. No opinion. Cause restored to the calendar.

GIVEEN MFG. CO. Appellant, v. McNULTY, Respondent. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by the Giveen Manufacturing Company against Charles J. McNulty, as trustee, etc. From an order granting a preference of the cause on the trial calendar, plaintiff appeals. Reversed. A. H. Parkhurst, for appellant. Charles L. Greenhall, for respondent.

PATTERSON, J. This cause was given a preference under the provisions of section 793 of the Code of Civil Procedure, as amended in 1904 (Laws 1904, p. 312, c. 173), and by the order it is directed that the cause be preferred and set down on the day calendar of Trial Term, part 10, of this court, for the 24th of October, 1904. We have held in the case of Riglander v. Star Company (decided herewith) 90 N. Y. Supp. 772, that the new provision of the act of 1904, which requires a cause to be set down for a particular day and then tried, is unconstitutional. Following that decision, the order granting the preference in this case, and which is now appealed from, must be reversed with $10 costs and disbursements, but with liberty to the moving party to apply for such preference as the court may give, irrespective of the provisions of section 793 of the Code of Civil Procedure, declared to be unconstitutional. All concur.

GLAAB v. EDSON. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by Martha Glaab against William D. Edson, Jr., No opinion. Motion granted, with $10 costs.

In re GLANCY. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) In the matter of the compulsory accounting of Edward Glancy, as general guardian, etc., of Sarah Ann Glancy, an infant. PER CURIAM. Decree of Surrogate's Court affirmed, with costs. WILLIAMS, J., not voting.

GLASHAUSER v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by Marie Glashauser, as administratrix, etc., against the New York Central & Hudson River Railroad Company. PER CURIAM. Plaintiff's exceptions overruled, motion for a new trial denied, and judgment ordered for the defendant on the nonsuit, with costs.

GODFREY, et al., Respondents, v. WEINBERG, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Eli S. Godfrey and Richard Emslie, comprising the firm of Godfrey, Emslie & Co., against Samuel Weinberg. No opinion. Judgment affirmed, with costs.

GOLDMAN v. GOLDFARB. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Archie Goldman against Hyman Goldfarb. No opinion. Motion denied, with $10 costs.

GOLDSTEIN, Respondent, v. HOOPER, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) Action by Morris Goldstein against Ray R. Hooper. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

GOLDSTEIN v. MICHELSON. (Supreme Court, Appellate Division, First Department. November 18, 1904.) Action by Louis Goldstein against Lena Michelson. No opinion. Motion denied, on payment of $20 costs.

GORDON, Respondent, v. GORDON, Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1904.) Action by Esther Gordon against Hyman Gordon. A. H. Sarasohn, for appellant. H. Levy, for respondent. No opinion. Order modified, by reducing alimony to $6 per week, and, as so modified, affirmed, without costs.

GOULRICK, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 21, 1904.) Action by Edward J. Goulrick, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

In re GRADE CROSSING COM'RS OF BUFFALO. (No. 66.) (Supreme Court Appellate Division, Fourth Department. October 18, 1904.) In the matter of the application of grade crossing commissioners of the city of Buffalo for the appointment of commissioners to ascertain the compensation to be paid Auguste Bolza and others. No opinion. Order affirmed, with costs.

GRANGER et al., Appellants, v. CHILDS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by William H. Granger and others against Russell M. Childs and another. PER CURIAM. Order affirmed, with costs. WILLIAMS, J., not voting.

GRAY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department, November 25, 1904.) Action by Henry Gray against the Metropolitan Street Railway Company. J. P. Cotton, for appellant. W. B. Dobbs, for respondent. PER CURIAM. Judgment modified, by striking out extra allowance, thus reducing the judgment as entered to the sum of $650.55; and, as modified, judgment and order affirmed, without costs.